UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BERRY PLASTICS CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) 3:15-cv-00170-RLY-MPB |
| ILLINOIS NATIONAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Consistent with the court's Entry on Cross Motions for Summary Judgment signed today, the court enters final judgment in favor of Defendant and against the Plaintiff.

**SO ORDERED** this 22nd day of March 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.